THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINAIn The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joseph Sumpter, Appellant.
 
 
 

Appeal From Sumter County
 Thomas W. Cooper, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-263
Submitted May 1, 2007  Filed June 1, 2007  
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Joseph Sumpter appeals his conviction for third-degree burglary and sentence of five years imprisonment.  On appeal Sumpter argues the trial court erred in refusing to issue a directed verdict of acquittal on the charge of third-degree burglary.  Sumpter did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS, JJ., concur.